NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NADINE BLUFORD, | : | |
| Plaintiff | : | **Hon. Dennis M. Cavanaugh** |
| | : | |
| v. | : | **ORDER** |
| COMMISSIONER OF THE SOCIAL | : | |
| SECURITY ADMINISTRATION, | : | Civil Action No. 10-CV-04928 (DMC) |
| | : | |
| Defendant. | : | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon motion by Plaintiff, Nadine Bluford, to proceed *informa pauperis* pursuant to 28 U.S.C. § 1915; and upon consideration of Plaintiff's affidavit;

**WHEREAS** Plaintiff is unemployed with no take-home pay, has no money in a savings or checking account, and has no income whatsoever with which to pay the filing fee required;

IT IS on this 4 day of ~~September~~ Oct, 2010;

**ORDERED** that Plaintiff's motion to proceed *in forma pauperis* is **granted**.

/s/ Dennis M. Cavanaugh
Dennis M. Cavanaugh, U.S.D.J.

Orig.:   Clerk
cc:      All Counsel of Record
         File